# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
VANESSA L. ARMSTRONG, CLERK
JAN 13 2017
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

William T. Winnett II

(Full name of the Plaintiff(s) in this action)

v.

ADVANCED Corectional Health Care

CIVIL ACTION NO. 4:17CV-5-JHM
(To be supplied by the clerk)

(X) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

I. **PARTIES**

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: William T. Winnett II

Place of Confinement: Daviess County Detention Center

Address: 3337 Highway 144 Owensboro, KY. 42303

Status of Plaintiff: CONVICTED (X) PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ )  PRETRIAL DETAINEE ( __ )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ )  PRETRIAL DETAINEE ( __ )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _ADVANCED Correctional Health CARE_ is employed as _Medical Staff_ at _Daviess County Detention Center_.

The Defendant is being sued in his/her ( __ ) individual and/or (X) official capacity.

(2) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her ( __ ) individual and/or ( __ ) official capacity.

(3) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her ( __ ) individual and/or ( __ ) official capacity.

(4) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her ( __ ) individual and/or ( __ ) official capacity.

(5) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.   PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✗)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

I was booked into custody at Daviess Co. Det. Center on 11-7-2016 and was interviewed by the nurse on 11-8-2016 and told her the medicine I took is as follows. Prilosec - Lacinapril - celexia and alegra D. I absolutely never asked to recieve any of these medications at this facility. I simply answered the questions as to what medications I regularly take at home. On 11-9-2016 I was called to the window by medical nurse Laura and she had celexia (wich is an anxiety med), with my name on the package. I took celexia in Henderson Co. Det. Center at no charge. The state paid for it. I recieved $60.00 from my mother on 11-22-2016 for my birthday. Medical took $20.00 from my money and said it was $10.00 for meds and $10.00 for

④

## III. STATEMENT OF CLAIM(S) continued

the dispensing of the meds. I immediatly filled out a medical grieviance and asked them to stop the medicine, that I didnt know I was being charged for it and I didnt want to recieve any more of the Celexia or to be charged any more fees for the meds. On 12-8-2016 they charged me again for the pills even tho I not been taking them since Dec (12-6-2016). I sent another grieviance to JAMIE head of medical and asked that they stop takeing the money from me I havent been takeing the pills and didnt want them since 12-the 6th-2016. They any way took money, this time $12.50 from my account when my mother sent me Christmas money $25.00 So that I could call my children at christmas. I grieved it again they refused to refund my money. I should not have been charged and frustrated for medication that I didnt take and requested not to recieve. This has caused me ⑤ frustration grief and ankiety and I believe is a violation of my civil rights to be made to pay for pills I dont take and never asked for.

IV.  RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ __2,000.00__

_____ grant injunctive relief by _____

__X__ award punitive damages in the amount of $ __200,000.00__

_____ other: _____

V.  DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __6th__ day of __January__, 20__17__

__William T. Winnett II__
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on __01-10-2017__.

__William T. Winnett II__
(Signature)

6